765 A.2d 722

IN THE MATTER OF JULES FARKAS, AN ATTORNEY AT LAW.

January 26, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 99–349 concluding that **JULES FARKAS** of **CHERRY HILL**, who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 1.5(b) (failure to provide a written fee agreement), and *RPC* 1.16(d) (failure to turn over client file to new counsel), and respondent having been ordered to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **JULES FARKAS** is hereby reprimanded; and it is further

ORDERED that respondent shall be transferred to disability inactive status pending his submission of proof of his fitness to practice law as attested to by a mental health professional approved by the Office of Attorney Ethics, effective immediately and until the further Order of the Court; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period he is on disability inactive status and that respondent comply with *Rule* 1:20–20 governing attorneys transferred to disability inactive status; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.